JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leemanuel Weilch, | Case No. 2:21-cv-00110-RGK-SK |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| The Sherwin-Williams Company, et al., | |
| Defendant(s). | |

On April 16, 2021, the Court issued an Order to Show Cause (OSC) why the case should not be dismissed for lack of prosecution [10]. Plaintiff was ordered to file timely proofs of service of the summons and complaint on all defendants in this action. The Court has reviewed plaintiff's response to the OSC, filed on April 22, 2021 [11] and finds no good cause has been shown. The matter is dismissed without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 23, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE